**Order entered October 31, 2022**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00098-CV

### AL M. WILLIAMS, Appellant

### V.

### ECOM/WILLMAX BELLAGIO, L.P. D/B/A LADERA, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17458**

### ORDER

The Court has granted appellant three extensions of time to file an amended brief correcting deficiencies noted in this Court's July 28, 2022 letter. Before the Court is appellant's October 28, 2022 motion requesting that we abate the briefing deadline until he is medically cleared after an upcoming surgery. We **GRANT** the motion **only to the extent** that we extend the deadline to **December 9, 2022**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE